ACCEPTED
03-14-00661-CV
7345823
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 10:42:58 AM
JEFFREY D. KYLE
CLERK



Stephanie Collett Sparks
(214) 953-5962 (Direct Dial)
(214) 661-6665 (Direct Fax)
ssparks@jw.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 10:42:58 AM
JEFFREY D. KYLE
Clerk

October 13, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 W. 14th Street
Austin, TX 78701

Re:     Jackson Walker Change of Address

         Court of Appeals Number:  03-14-00661-CV
         Trial Court Case Number:  D-1-GN-12-003059
         *Devvy Kidd, et al. v. Texas Public Utilities Commission*

Dear Mr. Kyle:

Please take note of the change of address and contact information for the undersigned attorneys, effective October 12, 2015, as follows:

JACKSON WALKER L.L.P.
2323 Ross Avenue, Suite 600
Dallas, Texas 75201

All other contact information, including telephone, facsimile numbers and email address remain the same.

Sincerely,

Patrick R. Cowlishaw
Stephanie Collett Sparks

Cc:     *Via E-mail*
         Ms. Kellie E. Billings-Ray – kellie.billings-ray@texasattorneygeneral.gov
         Ms. Jo Ann Biggs –jbiggs@velaw.com
         Mr. Dale Wainwright – dale.wainwright@bgllp.com
         Mr. Roger B. Borgelt – roger@borgeltlaw.com
         Mr. Patrick J. Pearsall – ppearsall@dwmrlaw.com
         Mr. Jason M. Ryan -  jason.ryan@centerpointenergy.com

14891254v.1